EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: | 2025 TSPR 29 |
| Aprobación de Cambio de Estatus Inactivo de febrero de 2025 | 215 DPR ___ |

Número del Caso:  EM-2025-0003


Fecha:  26 de marzo de 2025


Materia: Aprobación de Cambio de Estatus Inactivo de febrero de 2025.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de febrero de 2025

EM-2025-0003

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de marzo de 2025.

Durante el periodo de febrero de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Freddy Méndez Cámel | 3,530 |
| Rafael Pont Marchese | 3,764 |
| Eduardo Grau Acosta | 4,767 |
| Marta S. Arvelo López | 6,849 |
| Wilfredo Padilla Soto | 7,420 |
| Francisco Samalot Soler | 7,822 |
| Teresa García Dávila | 8,798 |
| María Teresa Pacheco Rivera | 9,415 |
| Israel Castro Acevedo | 10,302 |
| Sixto Díaz Saldaña | 11,601 |
| Zoraida S. Jiménez Fernández | 13,407 |
| Arnaldo A. Pérez Morales | 13,518 |

Ingrid Cruz Reyes                    15,692

Roxanna García González              15,695

Maried Santos Quiñones               16,955

Beatriz Rodríguez Rivera             17,424

Carmen I. Hernández Rosich           17,455

Pablo José Hernández Rivera          21,632

Adaluisa Ortiz Román                 22,089

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo